

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUN 17 2014

JAMES N. HATTEN, Clerk
By: _____
       Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY EDWIN SHARP, II,<br>A/K/A GARY EDWIN SHARP, JR.,<br>SCOTT WALTON, AND<br>JOSHUA TAYLOR | Criminal Action No.<br><br>**1:14CR0229**<br><br>**UNDER SEAL** |

### Motion to Seal Indictment

The United States of America, by Sally Quillian Yates, United States Attorney, and Christopher C. Bly, Assistant United States Attorney for the Northern District of Georgia, respectfully requests that the attached Indictment, motion to seal and order be sealed because the investigation is continuing, and sealing is necessary to protect the integrity of the investigation.

WHEREFORE, the United States of America respectfully requests that this motion, the **Indictment** and ensuing order be sealed.

Submitted this 17th day of June 2014.

Respectfully submitted,

SALLY QUILLIAN YATES
United States Attorney

Christopher C. Bly
Assistant United States Attorney
Georgia Bar No. 064634
Chris.Bly@usdoj.gov