U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUN 17 2013

James N. Hatten, Clerk
By: Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2014R00482)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:   Forsyth

DISTRICT COURT NO.   1:14CR0229
UNDER SEAL

MAGISTRATE CASE NO.

X Indictment                Information                Magistrate's Complaint
DATE: 6/17/14               DATE:                      DATE:

UNITED STATES OF AMERICA
vs.
GARY EDWIN SHARP, II, A/K/A GARY EDWIN SHARP, JR.

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Is the defendant in custody on this charge or other conviction?
Is the defendant awaiting trial on other charges?   Yes   X No
   Other charges:
   Name of institution:
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

District Judge:

Attorney: Christopher C. Bly
Defense Attorney: