IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY EDWIN SHARP II, A.K.A.<br>GARY EDWIN SHARP, JR. | Criminal Action Nos.<br><br>1:14-CR-227-TCB-RGV<br>1:14-CR-229-TCB-RGV |

## Government's Motion for a Downward Departure
## Based on Substantial Assistance

The United States of America, by Byung J. Pak, United States Attorney, and Christopher C. Bly, Assistant United States Attorney for the Northern District of Georgia, files this motion for a downward departure under USSG §5K1.1.

### Background

Defendant was charged in two cases with various copyright crimes, and in each one he pleaded guilty to conspiring to commit criminal copyright infringement in violation of 18 U.S.C. § 371. Defendant cooperated with the Government, and the Government agreed to file a motion pursuant to USSG §5K1.1 if it determined that the cooperation qualified as "substantial assistance."

### Argument and Citation of Authority

The Court may depart from the Guidelines upon motion of the Government "stating that the defendant has provided substantial assistance in the investigation or prosecution of another person who has committed an offense."

USSG §5K1.1. The Court should consider: (1) the significance and usefulness of Defendant's assistance; (2) the truthfulness, completeness and reliability of Defendant's information and testimony; (3) the nature and extent of Defendant's assistance; (4) any injury or danger resulting from Defendant's testimony; and (5) the timeliness of Defendant's assistance. *See* USSG §5K1.1.

The factors in this case weigh in favor of the Government's motion. Defendant cooperated with investigators after he was indicted. The Government believes that Defendant provided truthful information, and the information was important. Significantly, Defendant was fully debriefed and explained his role in the Applanet and SnappzMarket conspiracies, as well as that of his co-conspirators. Ultimately, all of the defendants charged in both conspiracies either pled guilty or, in the case of co-defendant Taylor, were found guilty following a bench trial.

Additionally, Defendant testified in the trial of David Lee, who was charged with copyright crimes arising out of the Applanet conspiracy. Although the jury in David Lee's case was unable to reach a unanimous verdict, Defendant's testimony was nevertheless substantial and helpful to the Government's case. Specifically, Defendant testified about what Applanet did, about his own role in Applanet, and about David Lee's role in Applanet.

## Conclusion

The Government respectfully requests that the Court grant this motion and depart four levels from Defendant's otherwise applicable adjusted offense level. The Government will offer additional argument in support of a reasonable sentence at Defendant's upcoming sentencing hearing.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

/s/CHRISTOPHER C. BLY
*Assistant United States Attorney*
Georgia Bar No. 064634
Chris.Bly@usdoj.gov

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

Amanda Clark Palmer

June 1, 2018

/s/ CHRISTOPHER C. BLY

CHRISTOPHER C. BLY

*Assistant United States Attorney*