# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:14-cr-227-TCB-RGV and 1:14-cr-229-1-TCB
## USA v. Buckley et al
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 06/05/2018.

TIME COURT COMMENCED: 10:42 A.M.
TIME COURT CONCLUDED: 11:30 A.M.          COURT REPORTER: Lori Burgess
TIME IN COURT: 00:48                       DEPUTY CLERK: Suzy Edwards
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [3]Gary Edwin Sharp, II Present at proceedings |
| ATTORNEY(S) PRESENT: | Christopher Bly representing USA<br>Amanda Clark Palmer representing Gary Edwin Sharp<br>Donald Samuel representing Gary Edwin Sharp<br>** Brian Pearce representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MOTIONS RULED ON: | DFT#3-[169]Motion for Downward Departure GRANTED |
| MINUTE TEXT: | Court heard argument on objections and made rulings. Court GRANTED the Govt's 5K motion. See Judgment in a Criminal Case for sentence. |