

*U.S. Department of Justice*
*United States Marshals Service*
*75 Spring Street S.W. Suite 1600*
*Atlanta, GA 30303*

*Beverly Harvard*
*U.S. Marshal*

June 28, 2018

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 29 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Mr. Gary Edwin Sharp II
8 B Krzak Road N.
Kingstown, RI 02852

Subject:   **Voluntary Surrender/Reporting Information**
Reg. No. 66179-019 No. 1:14-cr-227-3-TCB and 1:14-cr-229-1-TCB

Dear Mr. Sharp:

Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

| | |
|---|---|
| INSTITUTION: | MDC Brooklyn<br>80 29th Street<br>Brooklyn, NY  11232 |
| TELEPHONE NO.: | 718-840-4200 |
| REPORT DATE: | NOON, July 10, 2018 |

Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

Beverly Harvard
United States Marshal

A. Freeman
Criminal Section

cc:
Clerk of Court
Pretrial Services
U.S. Probation Office