IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL FILE NOS. |
| v. | 1:14-cr-0227-3-TCB   and |
| GARY EDWIN SHARP, | 1:14-cr-0229-1-TCB |
| Defendant. | |

### ORDER

This matter is before the Court on Defendant's unopposed motion to extend time to report for service of sentence (Doc. 178 (1:14-cr-227) and Doc. 169 (1:14-cr-229)).  For good cause shown, Defendant's motion is GRANTED.  Defendant Sharp may surrender to begin serving his sentence at the facility designated by the BOP on noon on July 14, 2018.

SO ORDERED this 9th day of July, 2018.

_____
Timothy C. Batten, Sr.
United States District Judge

AO 72A
(Rev.8/82)